UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE UNITED STATES OF AMERICA,

        Plaintiff,

Case: 2:24−cr−20331
Assigned To : Berg, Terrence G.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/26/2024
Description: INFO USA V. CARLOCK (DJ)
VIO: 18 U.S.C. § 922(a)(6)

v.

D-1 YANA CARLOCK,
    aka Yana Allport,
    aka Yana Sergeyena Lustina,

    Defendant.
_____/

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

18 U.S.C. § 922 (a)(6) - Making False Statements During the Acquisition of a Firearm

D-1 YANA CARLOCK,
    aka Yana Allport,
    aka Yana Sergeyena Lustina

On or about December 7, 2019, in the Eastern District of Michigan, Southern Division, the defendant, YANA CARLOCK, in connection with the acquisition or

attempted acquisition of any firearm from a licensed importer, licensed manufacturer, licensed dealer, and licenses collector, did knowingly make false and fictitious oral and written statement intend and likely to deceive such importer, manufacturer, dealer or collector, with respect to any material fact to the lawfulness of the sale and other disposition of such firearm in violation of 18 U.S.C. § 922 (a)(6) and 18 U.S.C. § 924(a)(2).

DAWN N. ISON
United States Attorney

s/ Michael C. Martin
MICHAEL C. MARTIN
Chief, National Security Unit
Assistant United States Attorney

s/Eric M. Straus
ERIC M. STRAUS
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Date: June 26, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ____ Yes    ____ No | AUSA's Initials: *CMS* |

**Case Title:** USA v. _____

**County where offense occurred :** _____

**Check One:**       **Felony**               **Misdemeanor**               **Petty**

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/____Information --- based upon prior complaint [**Case number:**          ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

    Corrects errors; no additional charges or defendants.
    Involves, for plea purposes, different charges or adds counts.
    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

_____
Date

*Eric M. Straus*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:
Fax:
E-Mail address:
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.